| UNITED STATES DISTRICT COURT | District of Maine | |
|---|---|---|
| Name of Movant Jeremy Alan Bender | Prisoner No. 03805.036 | Case No. 99-27-P-H |
| Place of Confinement Ray Brook, New York Federal Correctional Inst | | |

UNITED STATES OF AMERICA V. JEREMY BENDER
(name under which convicted)

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
JAN 13 2004
WILLIAM S. BROWNELL, CLERK
BY: DEPUTY CLERK

## MOTION

1. Name and location of court which entered the judgment of conviction under attack United States Distric Court "Distric of Maine"

2. Date of judgment of conviction January 18th. 2001

3. Length of sentence 293 months

4. Nature of offense involved (all counts) 3 cts. of possession of a firearm as a convicted felon and charged under the Armed Career Criminal Act.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

Scanned by: bfa
Folder Location: Wed
File Name: dbh04cv13
Names of Attachments, if any:

9. If you did appeal, answer the following:

(a) Name of court United States Court of Appeals for the First Circuit

(b) Result Affirmed conviction and sentence

(c) Date of result September 23, 2002

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☐

(5) Result ______

(6) Date of result ______

(b) As to any second petition, application or motion give the same information:

(1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ______

(6) Date of result ______

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No ☐

(2) Second petition, etc. Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

______

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: conviction obtained by perjury of goverment witness

Supporting FACTS (state *briefly* without citing cases or law)

Smokey Heath, a goverment witness perjuried himself and the U.S. Attorney allowed Smokey Heath to purjure himself and taint the jury in making their decision in Jeremy Benders trial.

B. Ground two: Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law) During Jeremy Benders trial. His attorney James Bushell was ineffective because he did not take a delay the judge ~~answered~~ offered in trial to exam records even though Jeremy Bender wanted the delay nor did he contest Smokey Heath's lies, and contempaneu

C. Ground three: Incorrect Sentence

Supporting FACTS (state *briefly* without citing cases or law) Jeremy Bender feels he should not have been sentenced in a federal court because of an jurisdictional issue. Also Jeremy Bender was sentenced as a Armed Career Criminal illegally

D. Ground four: Jurisdictional Claim

Supporting FACTS (state *briefly* without citing cases or law) Jeremy Bender was indicted and convicted in federal court although Jeremy Bender feels only the state of Maine has Jurisdiction over his case.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: (12.A.) presented previously but not properly. (12.B.) appeal attorney never presented my claim (12.C.) never presented, newly learned law. (12.D.) never presented, newly learned law

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing James Boshell, P.O. Box 7485, Portland, Maine 04112

(b) At arraignment and plea "

(c) At trial "

(d) At sentencing "

(e) On appeal Jane Elizabeth Lee

(f) In any post-conviction proceeding NONE

(g) On appeal from any adverse ruling in a post-conviction proceeding NONE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: __________

(b) Give date and length of the above sentence: __________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☑ No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

____________________
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

January 5, 2004
(Date)

DAVID A. PARKER
Notary Public, State of New York
Qualified In Franklin County
My Commission Expires March 25, 20 06
01PA6071699

[signature: David A Parker]

[signature]
Signature of Movant