Jeremy Alan Bender
Reg. #03805-036
Federal Correctional Institution "Ray Brook"
P.O. Box 9003
Ray Brook, New York 12977

U.S. DISTRICT COURT PORTLAND, MAINE RECEIVED & FILED
2004 JAN 13 A 11: 36
BY DEPUTY CLERK

December 29, 2003

Rev: UNITED STATES OF AMERICA vs. JEREMY BENDER
Docket No.: 99-27-P-H

Edward T. Gignoux Courthouse,
ATTN: Clerk of Courts
156 Federal Street
Portland, Maine 04101

Dear Clerk of Courts,

This letter is written on behalf of Jeremy A. Bender, who requests to be appointed legal counsel, by the above named court, to represent him concerning his right to litigate a (2255 Petition).

Jeremy A. Bender, requests legal counsel to represent him during all stages of litigating his (2255 Petition), including, the initial filing of the (2255 Petition), research in preparing brief's and motion's ect. to proceed and or verbally argue in Jeremy A. Bender's defense.

Jeremy A. Bender, moves before this court to obtain court appointed representation for the following reason(s);

1. Jeremy A. Bender, has a life time history of mental health problems, which enables him to adequately and sufficiently prepare a (2255 Petition).

2. Jeremy A. Bender, lacks in the ability to represent himself concerning his (2255 Petition) due to his academical deficiencies. Jeremy A. Bender's educational history consist of , completion of the sixth grade and acquired his General Education Diploma in 1999 at the age of 21.

3. Jeremy A. Bender, can not afford a private attorney to represent him concerning, litigating his (2255 Petition).



Scanned by: bda
Folder Location: Awed
File Name: dbh04cv136
Names of Attachments if any:

Due to Jeremy A. Bender's, mental health history, academical deficiencies, and financial state, Jeremy A. Bender beg's the aboved named court to appoint, court appointed legal representation to litigate Jeremy A. Bender's (2255 Petition).

**Please note:** if necessary

Jeremy A. Bender, requests court appointed legal representation to acquire or accumilate any specifics pertaining to Jeremy A. Bender's mental health history and educational background, to present to the court on Jeremy A. Bender's behalf concerning his request to obtain court appointed legal counsel for his (2255 Petition).

Thank you very much for your time and assistance concerning this matter! I hope to receive a response soon.

Sincerely,

Jeremy Alan Bender